■ In the Matter of the Claim of EDWARD BOULWARE, Appellant. PHILIP ROSS, as Industrial Commissioner, Respondent.—Decision affirmed, without costs. No opinion. Kane, Main and Larkin, JJ., concur; Greenblott, J. P., and Mikoll, J., dissent and vote to reverse in the following memoran-

dum by Mikoll, J. Mikoll, J. (dissenting). We respectfully dissent. Claimant's act of inadvertently leaving a can of paint open after being instructed to cover cans of paint constituted a minor violation of a work rule. Such behavior does not rise to the level of misconduct. The decision should be reversed.